**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03357-RPM-CBS

DOETTA LIVINGSTON,

    Plaintiff,

v.

CLIENT SERVICES, INC., a Missouri corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

    THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

                                        BY THE COURT:

| March 13, 2013 | s/ Richard P. Matsch |
|---|---|
| DATE | U.S. DISTRICT JUDGE |